UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :        CASE NO. 04-10384
                                                   CHAPTER 13
ANGELA J. WILLIAMS
                                          :        JUDGE BURTON PERLMAN
         DEBTOR
                                          :        NOTICE OF TRANSMITTAL OF
                                                   UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s).  Final Report has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916282    | $55.10 |

Debtor Address
ANGELA J. WILLIAMS
1222 FRANKLIN AVENUE
CINCINNATI, OH  45237


Respectfully submitted,


/s/     Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.
        Chapter 13 Trustee
        Attorney No. OH 0030377

        Francis J. DiCesare, Esq.
        Staff Attorney
        Attorney No. OH 0038798

        Karolina F. Perr, Esq.
        Staff Attorney
        Attorney No. OH 0066193

        600 Vine Street, Suite 2200
        Cincinnati, OH 45202
        (513) 621-4488
        (513) 621 2643 (Facsimile)
        mburks@cinn13.org - Correspondence only
        fdicesare@cinn13.org
        kperr@cinn13.org
        cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 16, 2009.

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.

Debtor(s)
ANGELA J. WILLIAMS
1222 FRANKLIN AVENUE
CINCINNATI, OH  45237

Debtor(s) Counsel
ERIC A. STEIDEN, ESQ.
830 MAIN STREET
SUITE 401
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Debtors